No. 614　　　　　August 28, 2024　　　　　663

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DREW DOUGLAS CLEAVER,
aka Drew Cleaver,
*Defendant-Appellant.*

Malheur County Circuit Court
21CR27921; A181952

Erin K. Landis, Judge.

Submitted July 12, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals a supplemental judgment entered after a probation revocation hearing. Defendant's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Defendant pleaded guilty to unlawful use of a weapon, ORS 166.220. The trial court suspended imposition of sentence and placed defendant on supervised probation for a period of 24 months. Over a year later, defendant was ordered to show cause why probation should not be revoked. After a hearing, the trial court continued probation, ordered 10 days in jail with credit for time served, and ordered defendant to complete eight days of work crew.

Having reviewed the record, including the trial court file, the transcript of the probation revocation hearing, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).